```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS065782
Cashier ID: rtanker
Transaction Date: 09/04/2019
Payer Name: Joshua Godhart
----------------------------------
CIVIL FILING FEE
  For: Joshua Godhart
  Amount:         $400.00
----------------------------------
CREDIT CARD
  Amt Tendered:   $400.00
----------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00

19cv1541

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```