# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA J. GODHART,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TESLA, INC. d/b/a TESLA MOTORS d/b/a TESLA ENERGY,<br><br>　　　　　Defendant. | 2:19-cv-01541-JAD-VCF<br>**ORDER** |

Before the court is pro se Plaintiff Joshua J. Godhart's Motion For Pro Se Litigant To File Electronically (ECF No. 5).

Accordingly, and for good cause shown,

IT IS ORDERED that pro se Plaintiff Joshua J. Godhart's Motion For Pro Se Litigant To File Electronically (ECF No. 5) is GRANTED with the following provisions:

1. On or before October 4, 2019, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures that are accessible on this court's website under the Local Rules Part IC-Electronic Case Filing.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 20th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE