1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6569
2  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Ste. 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Fax: (702) 921-2461
6  E-Mail: deverie.christensen@jacksonlewis.com
   E-Mail: joshua.sliker@jacksonlewis.com
7
8  *Attorneys for Defendant Tesla, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA J. GODHART, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:19-cv-01541-JAD-VCF<br><br>**DEFENDANT TESLA, INC.'S MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant TESLA, INC., by and through its counsel Jackson Lewis P.C., hereby brings the instant Motion to Extend the Deadline to File Answer or Otherwise Respond to Plaintiff's Complaint, by one week, up to and including October 7, 2019. This Motion is submitted and based on the following:

1.  This is the first request for an extension of time for Defendant to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

2.  Defendant's response to Plaintiff's Complaint is currently due on Monday, September 30, 2019.

3.  Due to Defense Counsel's recent engagement to defend the case, preexisting obligations, and a need to review additional information concerning this matter, a short additional amount of time is necessary to review the Complaint and prepare a response.

4.  Defendant attempted to obtain Plaintiff's consent to the aforementioned request for

an extension, however, Plaintiff declined to agree to such a stipulation. **Exhibit A.** Instead, Plaintiff stated that "I am not opposed to you requesting an extension from the Court on behalf of your Client. The Court may be obliged to allow an extension in these matters."

5. Accordingly, Defendant respectfully requests the Court to enter an order extending the time in which to answer or otherwise respond to Plaintiff's Complaint by one week to and including **October 7, 2019.**

6. Furthermore, this request for an extension of time to file Defendant's answer or otherwise response to Plaintiff's Complaint is made in good faith and not for the purpose of delay, and Defendant does not intend to waive any claim or defense in making this Motion.

DATED this 30th day of September, 2019.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*_____
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6569
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Tesla, Inc.*

## **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
Dated: 10-1-2019 _____

4826-4305-8305, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 30th day of September, 2019, I caused to be served a true and correct copy of the above and foregoing **DEFENDANT TESLA, INC.'S MOTION TO EXTEND DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**, via the U.S. District Court, District of Nevada's CM/ECF electronic filing and service system, to:

Joshua J. Godhart
848 N. Rainbow Blvd.
Las Vegas, Nevada 89107
jgodhart@gmail.com

*Plaintiff Pro Se*

/s/ *Joshua A. Sliker*
Employee of Jackson Lewis P.C.

# EXHIBIT A

# EXHIBIT A

Email Correspondence between Plaintiff and Defendant's Counsel

# EXHIBIT A

# Sliker, Joshua A. (Las Vegas)

| | |
|---|---|
| **From:** | J. Godhart <jgodhart@gmail.com> |
| **Sent:** | Monday, September 30, 2019 6:38 PM |
| **To:** | Sliker, Joshua A. (Las Vegas) |
| **Subject:** | Re: Godhart v. Tesla |

Mr. Sliker,

I decline to agree with the proposed stipulation.  However, I am not opposed to you requesting an extension from the Court on behalf of your Client.  The Court may be obliged to allow an extension in these matters.

Respectfully,

Joshua Godhart

"Do not humble yourself to be honored; but
rather; be honored to humble yourself." - Joshua Godhart

Sent from Android Phone

On Mon, Sep 30, 2019, 6:57 AM Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@jacksonlewis.com> wrote:

> Mr. Godhart,
>
> We would like to request a one week extension of time to file our response to your complaint.  Attached is a proposed stipulation for filing with the court. If all meets with your approval, please advise whether we are authorized to apply your e-signature.
>
> We appreciate your professional courtesy. Thank you.
>
> **Joshua A. Sliker**
> Attorney at Law
> **Jackson Lewis P.C.**
> 300 S. Fourth Street, Suite 900
> Las Vegas, NV 89101
> Direct: (702) 921-2486 | Main: (702) 921-2460
> Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com