# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA J. GODHART,<br>    Plaintiff(s),<br>v.<br>TESLA, INC.,<br>    Defendant(s). | Case No.: 2:19-cv-01541-JAD-VCF<br>**NOTICE REGARDING<br>EX PARTE COMMUNICATIONS** |

On December 2, 2019, the undersigned learned that Plaintiff contacted the Clerk's Office to seek accommodations for the early neutral evaluation in this case on January 6, 2020, at 9:30 a.m. Parties and counsel are prohibited from contacting the Court *ex parte* to seek relief. Local Rule IA 7-2(b). Moreover, except in very limited circumstances not present here, parties must request relief from the Court by filing an appropriate written request on the docket. *See, e.g.*, Local Rule 7-2(a). The Court further reminds the parties and counsel that they must abide by the applicable rules and court orders, and that failure to do so may result in severe sanctions, including dismissal of a party's claims. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

Dated: December 2, 2019

_____
Nancy J. Koppe
United States Magistrate Judge