# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA J. GODHART,<br>　　　Plaintiff(s),<br>v.<br>TESLA, INC.,<br>　　　Defendant(s). | Case No.: 2:19-cv-01541-JAD-VCF<br>**ORDER**<br>(Docket No. 39) |

Pending before the Court is Plaintiff's request for an ADA accommodation at the early neutral evaluation in this case on January 6, 2020, at 9:30 a.m. Docket No. 39. Plaintiff asks to use "an Auxiliary Device to capture the details" of the early neutral evaluation. *Id.* at 1.

The Court **GRANTS** Plaintiff's request. Docket No. 39.

IT IS SO ORDERED.

Dated: December 3, 2019

　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge