# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA J. GODHART,<br>    Plaintiff(s),<br>v.<br>TESLA, INC.,<br>    Defendant(s). | Case No.: 2:19-cv-01541-JAD-VCF<br>**ORDER**<br>(Docket No. 41) |

Pending before the Court is Defendant's motion to stay the early neutral evaluation in this case on January 6, 2020. Docket No. 41. A response shall be filed be filed no later than December 11, 2019. Any reply shall be filed no later than December 12, 2019.

IT IS SO ORDERED.

Dated: December 6, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1